UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE I. KETZBEAU**, <br><br> Plaintiff, <br><br> v. <br><br> **DUNN, SELLEN, O'NEIL, RIDEOUT, WEBSTER, DAVIS, and HARRISON,** <br><br> Defendants. | **2:24-CV-13091-TBG-KGA** <br><br> HON. TERRENCE G. BERG <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 29)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's May 26, 2026 Report and Recommendation (ECF No. 29) that Defendants' motion for summary judgment (ECF No. 23) be granted.

The Court has reviewed Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*. Where neither party specifically objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

The Report and Recommendation was mailed to Plaintiff's address of record, at the Clare County Jail in Harrison, Michigan, but was

returned as "undeliverable." ECF No. 30. It was sent again to F.C.I. Milan (ECF No. 31) but was similarly returned as "undeliverable" (ECF Nos. 33-36). It is Plaintiff's responsibility to notify the Court of address changes, E.D. Mich. LR 11.2, and the Court warned Plaintiff that failure to promptly notify the Court of a change in address may result in the dismissal of the case. *See* Notice, ECF No. 3. ECF No. 31.

Because neither party has specifically objected to the report, the district court is not obligated to independently review the record, and the Court will accept Judge Altman's Report and Recommendation of May 26, 2026, as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Altman's Report and Recommendation of May 26, 2026 (ECF No. 29), is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This Order closes the case.

**SO ORDERED**.

Dated: July 8, 2026                    /s/Terrence G. Berg
                                       TERRENCE G. BERG
                                       UNITED STATES DISTRICT JUDGE

2